A. C. L. SHROPSHIRE *v.* H. F. & S. A. DUNSON.

1—In a suit for the foreclosure of a mortgage on real estate, it being apparent on the face of the record that the defendants resided, and the land was situate, in a different county than that in which the suit was brought, this court, although no errors were assigned, takes cognizance of the want of jurisdiction in the court below, and dismisses the cause, but without prejudice to a new action in the proper forum.

ERROR from Colorado.    Tried below before the Hon. J. B. McFarland.

The facts are sufficiently indicated in the opinion.

*Darden & Delaney,* for the plaintiff in error.

*R. L. Foard,* for the defendants in error.

WALKER, J.—The record discloses that the defendants below were residents of Fayette county, and the land on which the foreclosure was asked was also situate in Fayette county. The suit was brought in Colorado county. Shropshire demurred. There is no assignment of errors, but the court must notice the want of jurisdiction in the District Court.

The judgment is reversed and cause dismissed without prejudice to an action in the proper county.

Dismissed without prejudice.